8

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 MAY -8 A 10: 44

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

DERREN WOOD-PETERSON

No. 2:25-cr-00071-NT

DEPUTY CLERK

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Distribution of Child Pornography)**

On about October 28, 2024, in the District of Maine, the defendant

**DERREN WOOD-PETERSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant distributed and attempted to distribute the child pornography using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

**COUNT TWO**
**(Distribution of Child Pornography)**

On about December 2, 2024, in the District of Maine, the defendant

**DERREN WOOD-PETERSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant distributed and attempted to

distribute the child pornography using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT THREE
## (Distribution of Child Pornography)

On about December 17, 2024, in the District of Maine, the defendant

**DERREN WOOD-PETERSON**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant distributed and attempted to distribute the child pornography using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FOUR
## (Possession of Child Pornography)

On about December 18, 2024, in the District of Maine, the defendant,

**DERREN WOOD-PETERSON**

knowingly possessed (1) a pink Samsung S23 cell phone bearing Serial Number R5CW41CKF9A, and (2) a black Tracfone with a cracked screen bearing IMEI 356199117701789, that contained images of child pornography as defined in Title 18,

United States Code, Section 2256(8)(A). Specifically, the cellular mobile devices contained digital images and video files that depicted sexually explicit conduct and were produced using minors engaging in sexually explicit conduct. Some of the images involved in the offense involved prepubescent minors and minors who had not attained 12 years of age. The images had been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE NOTICE**

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2252A, set forth in Counts One through Four of this Indictment, the defendant,

**DERREN WOOD-PETERSON,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

a. Any visual depiction or other matter containing such visual depiction or image of child pornography that was produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Four;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Four; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts One through Four, or any property traceable to such property, including, but not limited to:

(1) a pink Samsung S23 cell phone bearing Serial Number R5CW41CKF9A; and

(2) a black Tracfone with a cracked screen bearing IMEI 356199117701789.

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Assistant U.S. Attorney

Date: MAY 28, 2025